# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee,<br><br>     *Plaintiffs,*<br><br> v.<br><br>PAVING PROS, LLC,<br>an Illinois limited liability company,<br><br>     *Defendant*. | Case No. 25-cv-15699<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## **[PROPOSED] JUDGMENT ORDER**

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

 A. That Defendant Paving Pros, LLC is adjudged to be in default.

 B. That a default judgment is entered against Defendant Paving Pros, LLC.

 C. That Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee, have and recover judgment from and against Defendant Paving Pros, LLC, in the total amount of $33,878.77. This total amount consists of: (i) unpaid contributions of $25,415.88; (ii) interest through February 20, 2026 in the amount of $1,017.21; (iii) liquidated damages in the amount of $5,083.18; (iv) attorneys' fees in the amount of $2,072.50; and (v) legal costs in the amount of $290.00.

D. That Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee, are awarded post-judgment interest on the judgment balance of $33,878.77 at the greater of: (i) annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth day of the months for which the interest in charged; or (ii) an annualized interest rate of seven and one-half percent (7.5%), compounded annually.

E. That Plaintiffs Central States Southeast and Southwest Areas Health and Welfare Fund and Charles A. Whobrey, Trustee, have and recover judgment from and against Defendant Paving Pros, LLC, in the total amount of $13,773.36. This total amount consists of: (i) unpaid contributions of $9,364.25; (ii) interest through February 20, 2026 in the amount of $173.76; (iii) liquidated damages in the amount of $1,872.85; (iv) attorneys' fees in the amount of $2,072.50; and (v) legal costs in the amount of $290.00.

F. That Plaintiffs Central States, Southeast and Southwest Areas Health and Welfare Fund and Charles A. Whobrey, Trustee, are awarded post-judgment interest on the judgment balance of $13,773.36 at the greater of: (i) annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth day of the months for which the interest in charged; or (ii) an annualized interest rate of seven and one-half percent (7.5%), compounded annually.

G. That specifically excluded from this judgment and not barred under the doctrines of res judicata, collateral estoppel, or claim preclusion are: (i) any claim for contributions by Central States, Southeast and Southwest Areas Pension Fund and/or Central States, Southeast and Southwest Areas Health and Welfare Fund for any periods other than September 1, 2024 through December 27, 2025; and (ii) any claim for contributions by Central States, Southeast and

Southwest Areas Pension Fund and/or Central States, Southeast and Southwest Areas Health and Welfare Fund for any period of time (including September 1, 2024 through December 27, 2025) on behalf of employees whose work history was not reported or was inaccurately reported to one or both of the Funds.

      H.     That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Charles A. Whobrey, Trustee, may proceed with collection of the judgment granted.

Dated: _____           Enter: _____
                                                             Honorable Jeffrey I. Cummings
                                                             United States District Judge