UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Central States, Southeast & Southwest Areas
Pension Fund, et al.

                    Plaintiff,

v.                    Case No.: 1:25−cv−15699
                    Honorable Jeffrey I Cummings

Paving Pros, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of plaintiffs' motion for entry of default and for default judgment [15] and orders as follows. Defendant Paving Pros, LLC was served with summons and the complaint on 1/27/26, its answer was due 2/17/26, and defendant has not yet appeared or answered the complaint as of the date of this order. Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), an order of default is entered as to defendant Paving Pros, LLC. Telephonic motion hearing set for 3/24/26 at 11:00 a.m. on plaintiffs' motion for default judgment. Defendant is advised that failure to appear through counsel or otherwise may result in judgment being entered in favor of plaintiffs and against defendant. Plaintiff shall submit a proposed judgment order to the Court's proposed order inbox (Proposed_Order_Cummings@ilnd.uscourts.gov) three days in advance of the hearing. Plaintiff is instructed to immediately serve a copy of this order on defendant via U.S. mail, certified mail, and via e−mail (if available) and shall promptly file a certificate of mailing (and the signed certified mail receipt, if received) with the Court. The call−in number for the hearing is (855) 244−8681 and the access code is 2311 121 8062. Members of the public and media will be able to call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The 3/27/26 tracking status hearing is stricken. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.