**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Case Number: **25-cv-15699**
**Central States, Southeast and
Southwest Areas Pension Fund et al.
v.
Paving Pros, LLC**

An appearance is hereby filed by the undersigned as attorney for:
**Defendant, Paving Pros, LLC**

Attorney name (type or print): **Todd A. Miller**

Firm: **Allocco, Miller & Cahill, P.C.**

Street address: **20 N. Wacker Drive, Suite 3517**

City/State/Zip: **Chicago, IL 60606**

Bar ID Number: **6216561**   Telephone Number: **(312) 675-4325**
(See item 3 in instructions)

Email Address: **kmc@alloccomiller.com**

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.   ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/16/2026

Attorney signature:   S/ Todd A. Miller
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023