**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Central States, Southeast & Southwest Areas
Pension Fund, et al.

                                Plaintiff,

v.                               Case No.: 1:25−cv−15699

                                Honorable Jeffrey I
                                Cummings

Paving Pros, LLC

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic motion hearing held on 3/24/26 on plaintiffs' motion for default judgment. Plaintiffs' motion is entered and continued until 5/4/26 at 11:00 a.m. If the parties resolve this matter prior to 5/4/26 they shall file a joint stipulation of dismissal, upon receipt of which, the Court will strike the 5/4/26 hearing. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.