**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Central States, Southeast & Southwest Areas
Pension Fund, et al.

                                        Plaintiff,

v.                                      Case No.: 1:25−cv−15699

                                        Honorable Jeffrey I
                                        Cummings

Paving Pros, LLC

                                        Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2026:

        MINUTE entry before the Honorable Jeffrey I Cummings: On the Court's own motion, the 6/4/26 telephonic hearing is stricken due to courtroom technology issues. By 6/8/26, the parties file a joint status report regarding the status of their negotiations. Thereafter, the Court will re−set the hearing, if appropriate. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.