**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CENTRAL STATES, SOUTHEAST AND  )
SOUTHWEST AREAS PENSION FUND;  )
CENTRAL STATES, SOUTHEAST AND  )
SOUTHWEST AREAS HEALTH AND  )
WELFARE FUND; and CHARLES A.  )      Case No. 25-cv-15699
WHOBREY, as Trustee,  )
                                              )      Judge Jeffrey I. Cummings
                   *Plaintiffs,*  )
                                              )      Magistrate Judge Keri L. Holleb Hotaling
      v.  )
                                              )
PAVING PROS, LLC,  )
an Illinois limited liability company,  )
                                              )
                   *Defendant.*  )

**JOINT STATUS REPORT PURSUANT TO THIS
COURT'S JUNE 4, 2026 MINUTE ENTRY (DKT. 22)**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund (together, the "Funds"), and Charles A. Whobrey, trustee, and Defendant, Paving Pros, LLC, by and through their respective counsel, hereby submit their Joint Status Report in accordance with this Court's June 4, 2026 minute order (Dkt. 22):

1. Plaintiffs and Defendant Paving Pros, LLC have made significant progress towards settlement. The Funds' trustees approved settlement terms subject to the execution of a settlement agreement. The parties are currently reviewing a settlement agreement draft.

2. The parties anticipate executing a settlement agreement on or before June 19, 2026. The parties suggest a status date the week of June 22, 2026, by which the parties will have executed

FV: 519409364 / 25-14036453 / 6/5/26          -1-

a settlement agreement and filed a dismissal, or the parties will resume the proceedings regarding default judgment.

        Respectfully submitted,

<table>
<tr><td>

*/s/ Erika Wagner*
Erika Wagner (ARDC #6346582)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-939-2177
ewagner@centralstatesfunds.org

Counsel for Plaintiffs

</td><td>

*/s/ Todd A. Miller*
Todd A. Miller (ARDC #6216561)
Allocco, Miller & Cahill, PC
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
312-675-4325
tam@alloccomiller.com

Counsel for Defendant

</td></tr>
</table>