## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Central States, Southeast & Southwest Areas
Pension Fund, et al.

                              Plaintiff,

v.                                 Case No.: 1:25−cv−15699

                                 Honorable Jeffrey I Cummings

Paving Pros, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report, which indicates that the parties anticipate executing a settlement agreement on or before 6/19/26. In light of this representation, plaintiffs' motion for default judgment [15] is denied without prejudice and with leave to renew if this matter is not fully resolved. If the parties have not filed a joint stipulation to dismiss by 7/1/26, they shall file a joint status report on settlement on that date. Tracking status hearing set for 7/17/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.