# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND; )
CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS HEALTH AND )
WELFARE FUND; and CHARLES A. )  Case No. 25-cv-15699
WHOBREY, as Trustee, )
              )  Judge Jeffrey I. Cummings
       *Plaintiffs,* )
              )  Magistrate Judge Keri L. Holleb Hotaling
   v.          )
              )
PAVING PROS, LLC, )
an Illinois limited liability company, )
              )
       *Defendant*. )

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Charles A. Whobrey, one of the Funds' present trustees, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismiss this matter without prejudice.

         Respectfully submitted,

         */s/ Erika Wagner*
         Erika Wagner (ARDC #6346582)
         CENTRAL STATES FUNDS
         Law Department
         8647 W. Higgins Road, 8th Floor
         Chicago, Illinois 60631
         847-939-2177
         ewagner@centralstatesfunds.org

June 26, 2026     *ATTORNEY FOR PLAINTIFFS*