## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Central States, Southeast & Southwest Areas
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−15699

Honorable Jeffrey I
Cummings

Paving Pros, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff has filed a
notice of voluntary dismissal [25], which is self−executing under Rule 41(a)(1)(A)(i). All
pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.